IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD W. WEST,

        JUDGMENT IN A CIVIL CASE

    Plaintiff,

        16-cv-785-bbc

v.

UNITED STATES OF AMERICA,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America, granting its motion to dismiss and dismissing this case without prejudice to plaintiff Edward West's refiling it under the Inmate Accident Compensation Act after he completes the administrative process required under the Act.

| /s/ | 7/24/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |